# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY V. DANG, <br><br> Plaintiff, <br><br> v. <br><br> FULKERSON, ET AL. <br> Defendants. | CASE NO. 2:16-cv-00222 (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment; Denying Plaintiff's Motion to Amend Pleadings to Add Parties; And Denying Plaintiff's Request for Appointment of Counsel, **IT IS ADJUDGED** that the complaint and action are hereby dismissed.[1]

DATED: May 25, 2017

HON. STEVE KIM
U.S. DISTRICT JUDGE

---

[1] All parties have consented to proceed before a U.S. Magistrate Judge for all proceedings in this case. (ECF Nos. 23, 42). Accordingly, the undersigned U.S. Magistrate Judge may order entry of judgment in this case. *See* 28 U.S.C. § 636(c)(1); *Wilhelm v. Rotman*, 680 F.3d 1113, 1119-21 (9th Cir. 2012).